# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

FRANK B. SHEPPARD,

          Plaintiff,

    v.

JEFFERY A. ROGERS; GREGG CARR;
MICHAEL W. NAIL; TATTNALL COUNTY
SHERIFF'S DEPARTMENT; and
TATTNALL COUNTY,

          Defendants.

CIVIL ACTION NO.: 6:16-cv-96

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for abuse of judicial process, **DIRECTS** the Clerk of Court to **CLOSE** this case, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 26th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA