# United States District Court
## Southern District of Georgia

FRANK B. SHEPPARD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-96

JEFFERY A. ROGERS; GREGG CARR;
MICHAEL W. NAIL; TATTNALL COUNTY
SHERIFF'S DEPARTMENT; and
TATTNALL COUNTY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of September 26, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, the Court DISMISSES without prejudice Plaintiff's Complaint for abuse of judicial process. This civil action stands closed.

09/26/2016  
Date



Scott L. Poff  
Clerk

_(signature)_  
(By) Deputy Clerk